1  **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
2  JEFFREY YEATMAN (*Pro Hac Vice*)
   jyeatman@bakerdonelson.com
3  100 Light Street, 19th Floor
   Baltimore, MD 21202-1153
4  Telephone: (410) 862-1354
   Facsimile: (410) 547-0699
5

6  **DYKEMA GOSSETT LLP**
   DAVID S. KILLORAN, State Bar No. 156791
7  DKilloran@dykema.com
   444 South Flower Street, Suite 2200
8  Los Angeles, California 90071
   Telephone: (213) 457-1800
9  Facsimile: (213) 457-1850

10 **THE LAW OFFICE OF ROBERT L. STARR, APC**
11 ROBERT L. STARR, State Bar No. 183052
   robert@starrlaw.com
12 ADAM M. ROSE, State Bar No. 210880
   adam@starrlaw.com
13 THEODORE R. TANG, State Bar No. 313294
   theodore@starrlaw.com
14 23901 Calabasas Road, Suite 2072
15 Calabasas, CA 91302
   Telephone: (818) 225-9040
16 Facsimile: (818) 225-9042

17 **POMERANTZ LLP**
18 JORDAN L. LURIE, State Bar No. 130013
   jllurie@pomlaw.com
19 ARI Y. BASSER, State Bar No. 272618
   abasser@pomlaw.com
20 1100 Glendon Avenue, 15th Floor
   Los Angeles, CA 90024
21 Telephone: (310) 432-8492

22
   **FRONTIER LAW CENTER**
23 MANNY STARR, State Bar No. 319778
   manny@frontierlawcenter.com
24 23901 Calabasas Road, Suite 2074
   Calabasas, CA 91302
25 Telephone: (818) 914-3433
26 Facsimile; (818) 914-3433

27                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
28

| | |
|---|---|
| MARIO BRIONES ORTIZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC, and DOES 1 to 10,<br><br>    Defendants. | CASE NO: 4:23-cv-04303-YGR<br><br>Judge: Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Mario Briones Ortiz ("Plaintiff") and Defendant General Motors, LLC ("Defendant") (together, "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted individually by Plaintiff and the putative class are dismissed without prejudice. Each side to be responsible for and bear its own costs and expenses.

**IT IS SO STIPULATED**.

DATED: May 22, 2025    FRONTIER LAW CENTER


By:   /s/ Manny Starr
   MANNY STARR
   Attorneys for Plaintiff, Mario Briones Ortiz


DATED: May 22, 2025    DYKEMA GOSSETT LLP


By:   /s/ Jeffrey Yeatman
   JEFFREY YEATMAN
   Attorneys for Defendant, General Motors LLC

2

1 **ATTESTATION OF FILING**

2 Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this

3 document has been properly obtained.

4 DATED: May 22, 2025                    FRONTIER LAW CENTER

                                         By:    /s/ Manny Starr
                                                MANNY STARR
                                                Attorneys for Plaintiff, Mario Briones Ortiz